UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO. 1:21 CR 70 |
| | ) |
| v. | ) **ORDER** |
| | ) |
| 1) REBECCA LYNN BARKER | ) |
| 2) ROBERT ALLAN BURNETTE | ) |
|    a/k/a "Mater" | ) |
| 3) ANGELA VANCE CARVER | ) |
| 4) DEREK MICHAEL CLUFF | ) |
| 5) MARCUS BRANDON COBAUGH | ) |
| 6) LINDSAY NICOLE COBB | ) |
|    a/k/a "Lou" | ) |
| 7) DAVID HUNTER CRESON | ) |
| 8) WILLIAM JOSEPH CRAIG | ) |
|    a/k/a "Joey" | ) |
| 9) ARTHUR SHANE DOUVILLE | ) |
| 10) JAIME GAMEZ | ) |
| 11) JUSTIN CAROLL GIBSON | ) |
|    a/k/a "Baby Face" | ) |
| 12) JANE IVISON GILL | ) |
| 13) SARAH JANE GILL | ) |
| 14) ROBERTO ILLERMA IBARRA | ) |
|    a/k/a "Chico" | ) |
| 15) ELIZABETH GABRIELLE MANN | ) |
|    a/k/a "Gabby" | ) |
| 16) JOSE ANDRES MARTINEZ | ) |
|    a/k/a "Andy" | ) |
| 17) KEITH ALLEN McMAHAN | ) |
| 18) NICHOLAS RAY MILLER | ) |
| 19) RYAN WARREN MUSTER | ) |
| 20) KELLY WOODROW ROSS | ) |
| 21) RICHARD ANTHONY SWANGER | ) |
| 22) CHRISTY HELEN TRULL | ) |
| 23) MICHAEL KEVIN VANLANDINGHAM | ) |
| | ) |

UPON MOTION of the United States of America, by and through William T. Stetzer, Acting

United States Attorney for the Western District of North Carolina, for an order directing that the

Indictment and Arrest Warrants in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment and Arrest Warrants in the above-captioned case be unsealed.

This 16th day of August, 2021.

_____
HONORABLE W. CARLETON METCALF
U.S. MAGISTRATE COURT JUDGE